UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Timothy Lee Sanders, | Case No.: 2:22-cv-01090-JAD-EJY |
|---|---|
| Petitioner | |
| v. | **Order Denying Application to Proceed in Forma Pauperis** |
| State of Nevada, *et al.*, | [ECF No. 1] |
| Respondents | |

Timothy Lee Sanders, an individual incarcerated at Nevada's Southern Desert Correctional Center, has submitted an application to proceed in forma pauperis[1] and a petition for writ of habeas corpus.[2]  Based on the information provided in the in forma pauperis application, I find that Sanders is able to pay the filing fee, so **IT IS ORDERED** that the application to proceed in forma pauperis **[ECF No. 1] is DENIED**.  **Petitioner Sanders has until October 1, 2022, to have the filing fee of $5 sent to the Clerk of the Court or this case will be dismissed.**  The Clerk of the Court is directed to send Sanders two copies of this order. Sanders must include one of those copies with his filing-fee payment.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 17, 2022

---

[1] ECF No. 1.
[2] ECF No. 1-1.