# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Timothy Lee Sanders,

    Petitioner

v.

State of Nevada, *et al.*,

    Respondents

Case No.: 2:22-cv-01090-JAD-EJY

**Order Requiring Petitioner to Give Notice of Current Address**

Timothy Lee Sanders, has submitted a petition for writ of habeas corpus,[1] and he has now paid the filing fee for this action.[2] However, a receipt for Sanders' payment of the filing fee (sent to the address Sanders has provided to the Court—at Southern Desert Correctional Center) was returned to the Court as undeliverable, with a notation indicating that he has been transferred. The Court's local rules state that "An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number . . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."[3]

IT IS THEREFORE ORDERED that **Sanders must file a notice of updated address with this Court by December 2, 2022**, **or this case will be dismissed.**

                                                                            U.S. District Judge Jennifer A. Dorsey
                                                                            October 18, 2022

---

[1] ECF No. 1-1.
[2] ECF No. 5.
[3] LR IA 3-1.